**RICHARDS LAYTON & FINGER**

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

March 30, 2021

<u>**BY CM/ECF AND HAND DELIVERY**</u>

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

        Re:    ***DoDots Licensing Solutions LLC v. Lenovo Holding Co., Inc. et al.*,**
                **C.A. No. 18-098-MN**

Dear Judge Noreika:

       I write on behalf of Defendants Lenovo Holding Co., Inc., Lenovo (United States) Inc., and Motorola Mobility LLC (collectively, "Defendants") in the above-captioned action. In advance of the March 31, 2021 hearing on Plaintiff's Motion to Lift Stay Following *Inter Partes* Review (D.I. 65), Defendants respectfully submit a courtesy copy of Defendants' Brief for Appellants filed on March 29, 2021 in Appeal Nos. 21-1247, -1251, -1580 pending before the U.S. Court of Appeals for the Federal Circuit. Defendants may reference the appellate proceeding or arguments in their Brief for Appellants during the March 31 hearing.

       Should Your Honor have any questions or concerns, counsel remains available at the Court's convenience.

                                      Respectfully,

                                      */s/ Frederick L. Cottrell, III*

                                      Frederick L. Cottrell, III (#2555)

Enclosure

cc:     All Counsel of Record (CM/ECF)