IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DODOTS LICENSING SOLUTIONS LLC,<br><br>    Plaintiff,<br>v.<br><br>LENOVO HOLDING CO., INC.,<br>LENOVO (UNITED STATES), INC., and<br>MOTOROLA MOBILITY LLC,<br><br>    Defendants. | C.A. No. 18-cv-98-MN<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff DoDots Licensing Solutions LLC ("DoDots" or "Plaintiff") and Defendants Lenovo Holding Co., Inc. and Lenovo (United States) Inc. (collectively "Lenovo"), and Motorola Mobility LLC ("Motorola") (collectively "Defendants") (together, the "Parties") hereby submit the following Stipulation of Dismissal whereby Plaintiff agrees to dismiss its claims in the above-referenced action with prejudice, and Defendants agree to dismiss its claims and defenses in the above-referenced action without prejudice, with each Party to bear its own fees and costs.

NOW THEREFORE, it is hereby stipulated by the Parties, subject to the approval of the Court, that:

1.  Plaintiff DoDots. hereby dismisses the above-referenced action with prejudice;

2.  Defendants Lenovo and Motorola hereby dismiss all claims and defenses in the above-referenced action without prejudice; and

3.  Each Party agrees to bear its own costs and expenses in the above-referenced action.

Dated: January 14, 2022

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff DoDots Licensing Solutions LLC*

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
cottrell@rlf.com
delcollo@rlf.com

*Attorneys for Defendants Lenovo Holding Co., Inc., Lenovo (United States), Inc., and Motorola Mobility LLC*

SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge